UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 1:93-CR-00041 |
| | ) | |
| GEORGE WAYNE REEDER, | ) | |
| and | ) | |
| CHARLES S. CHRISTOPHER, | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

I hereby enter my appearance as counsel for the United States in the above matter.

Respectfully submitted,

__/s/ John P. McAdams__

JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
Email: john.p.mcadams@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I served the electronically filed the foregoing document, NOTICE OF APPEARANCE, through the Court's CM/ECF electronic filing system and by mail to:

Charles S. Christopher
Boykin Road
Big Spring, TX 79721

George Wayne Reeder
8201 East 23rd Street
Kansas City, MO 64129

Respectfully submitted,

/s/ John P. McAdams
JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903